**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7093**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ACZEL CARDENA-SOSA, a/k/a Jesus Garcia, a/k/a Jorge Cardenas-Sosa, a/k/a Gasel Sosa, a/k/a Jorge Cardenas,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:03-cr-00031-GMG-10)

_____

Submitted:  December 20, 2022                      Decided:  December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Aczel Cardena-Sosa, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aczel Cardena-Sosa appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We review a district court's denial of a compassionate release motion for abuse of discretion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021). Upon review, we discern no reversible error in the district court's denial of Cardena-Sosa's motion. We therefore affirm the district court's order. *United States v. Cardenas-Sosa*, No. 3:03-cr-00031-GMG-10 (N.D. W. Va. Sept. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
